Opinion by CLINE, J. The commodity in question was marked "Estonian butter." On rehearing it appeared that the term "Estonian butter" does not refer to a kind or species of butter. The protest was therefore sustained.

No. 45786.—Protest 5398–K of Franco Husney & Co. (New York).

Opinion by CLINE, J. It appeared that the goods were marked "Made in Switzerland" and that the collector required that they be marked "Made in Austria." The plaintiff testified that he ordered the goods from Switzerland but that he did not know where the goods were made. On the record presented the protest was overruled.

No. 45787.—Protest 764407–G of Thos. Kenworthy's Sons (Philadelphia).

Opinion by CLINE, J. The record showed that the bales containing the wool were not marked to indicate the country of origin and that the goods were placed in bonded warehouse on importation and were marked prior to delivery from warehouse. On the authority of *East Asiatic Co.* v. *United States* (27 C. C. P. A. 364, C. A. D. 112) the protest was overruled.

No. 45788.—Protest 961355–G of American Import Co. (Los Angeles).

Opinion by CLINE, J. The testimony showed that only 2 packages out of 175 were designated by the collector for examination but no evidence was produced to prove that the rakes were legally marked. It appeared that the importer compromised the claim with the collector. The protest was therefore dismissed.

APRIL 23, 1941

No. 45789.—————————Protests 995771–G, etc. of Otto F. Ulmann. Abstract 45552. Application by plaintiff for rehearing granted.

APRIL 22, 1941

No. 45790.—Suit 4341.—————————*ailway Express Agency, Inc.* v. *United States.* Abstract 44799. Appeal dismissed, April 15, 1941; not yet reported.

BEFORE THE SECOND DIVISION, APRIL 30, 1941

No. 45791.—Protests 428900–G, etc., of Amrein Freudenberg & Co., Inc., et al. (New York).

Opinion by TILSON, J. It appeared that the merchandise is Normandy laces similar to those the subject of *United States* v. *Amrein* (26 C. C. P. A. 353, C. A. D.